# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-10321
Summary Calendar

---

United States of America,

*Plaintiff—Appellee*,

*versus*

Christopher Graham,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CR-176-1

---

United States Court of Appeals
Fifth Circuit
**FILED**
April 10, 2025
Lyle W. Cayce
Clerk

Before Smith, Stewart, and Duncan, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Christopher Graham has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Graham has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Graham's claims of

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10321

ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Graham's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Likewise, Graham's motion to appoint new counsel is DENIED.